**STATE of Minnesota, Respondent,**

v.

**Gregory Lee MELINA, Appellant.**

**No. 50426.**

Supreme Court of Minnesota.

Aug. 8, 1980.

Warren Spannaus, Atty. Gen., Thomas Fabel, Deputy Atty. Gen., John Daniels, Jr., Sp. Asst. Atty. Gen., St. Paul, William S. MacPhail, County Atty., Buffalo, for appellant.

C. Paul Jones, Public Defender, and Susan A. Gray, Asst. Public Defender, Minneapolis, for respondent.

SCOTT, Justice.

Defendant was charged by complaint with assault with a dangerous weapon (namely, an automobile), reckless driving, leaving the scene of a personal injury accident, and escape from custody. Pursuant to a plea agreement negotiated by his attorney, defendant pleaded guilty to the aggravated assault and reckless driving charges; in exchange, the other two charges were dismissed and defendant was fined $300 for reckless driving and placed on probation for the assault. Probation was revoked and a 5-year prison sentence imposed after defendant violated probation. This appeal followed, defendant claiming that the record made at the time he entered his guilty pleas failed to adequately establish a factual basis for the pleas. There is no merit to this contention, and we affirm. *State v. Genereaux*, 272 N.W.2d 33 (Minn. 1978); *State v. Goulette*, 258 N.W.2d 758 (Minn. 1977); *State v. Hoaglund*, 307 Minn. 322, 240 N.W.2d 4 (1976); *State v. Russell*, 306 Minn. 274, 236 N.W.2d 612 (1975).

Affirmed.